IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 18 2016
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| | |
|---|---|
| WHEEL PROS, L.L.C.,<br>    Plaintiff,<br><br>v.<br><br>WHEELS OUTLET, INC.,<br>ABDERRAZAK NAIM a/k/a ABDUL,<br>NAIM, and DOES 1-25,<br>    Defendants. | §<br>§<br>§<br>§ Civil Action No. 3:14-CV-4230-M-BK<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff is not awarded any damages. However, Plaintiff is awarded attorneys' fees in the amount of $65,557.50 and court costs in the amount of $1,120.00.

**SO ORDERED** this 18 day of March, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS